ARBONA HNOS., DEMANDANTES Y APELADOS, v. H. C.
CHRISTIANSON & CO., DEMANDADOS Y APELANTES.

APELACIÓN procedente de la Corte de Distrito de Ponce en
causa sobre rescisión y daños y perjuicios.

No. 1357.—Resuelto en enero 28, 1916.

Resuelto por los fundamentos de la opinión emitida en el caso No. 1356, *Aparicio
Hnos.* v. *H. C. Christianson & Co.,* página 493.

Abogados de la apelante: *Sres. Frank Antonsanti y Fran-
cis E. Neagle.*

Abogado de los apelados: *Sr. José Tous Soto.*

*Confirmada la resolución apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Aso-
ciados Wolf, del Toro, Aldrey y Hutchison.